**Order entered July 25, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01011-CR

### VANESSA ELAINE HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-81342-2021**

## ORDER

Before the Court is appellant's July 22, 2022 final motion for an extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE